## HADLEY *v.* UNITED STATES

No. 91–6646.   Argued November 4, 1992—Decided November 16, 1992

*John Trebon,* by appointment of the Court, 503 U. S. 958, argued the cause and filed briefs for petitioner.

*Deputy Solicitor General Bryson* argued the cause for the United States.   With him on the brief were *Solicitor General Starr, Assistant Attorney General Mueller, Jeffrey P. Minear,* and *Thomas E. Booth.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.